SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| MITCHELL SMITH, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br><br> Defendants. | Case No.: 3:16-CV-05699-RS <br><br> STIPULATION TO DISMISS DEFENDANT BANK OF AMERICA, N.A.; ~~PROPOSED~~ ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    IT IS HEREBY STIPULATED by and between plaintiff Mitchell Smith and defendant Bank of America, N.A., that Bank of America, N.A. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  January 19, 2017		Sagaria Law, P.C.

			By:	_/s/ Elliot W. Gale_
				Elliot W. Gale
			Attorneys for Plaintiff
			Mitchell Smith

DATED:  January 19, 2017		McGuire Woods LLP

			By:	_/s/ Anthony Le_
				Anthony Le
			Attorneys for Defendant
			Bank of America, N.A.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Anthony Le has concurred in this filing.

_/s/ Elliot Gale_

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Defendant Bank of America, N.A. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: 1/20/17		_[signature]_

			RICHARD SEEBORG
			UNITED STATES DISTRICT JUDGE